## HARPER v. WRIGHT BROTHERS.

(Decided December 1, 1916.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. A. B. FOSTER.

No counsel marked for appellant. VERNER & RICE and J. H. BEAL, for appellee.

Per curiam. Appeal dismissed for want of prosecution.

---

## HASSELL v. JONES.

(Decided December 19, 1916.)

APPEAL from Conecuh Circuit Court.

Heard before Hon. A. E. GAMBLE.

No counsel marked for appellant. JAMES F. JONES, for appellee.

Per curiam. Appeal dismissed for want of prosecution.

---

## HAYS v. THE STATE.

(Decided December 19, 1916.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed on motion of Attorney General.

---

## HILL, ET AL. v. HARVARD CO.

(Decided November 16, 1916.)

APPEAL from Washington Circuit Court.

Heard before Hon. BEN D. TURNER.

No counsel marked for either party.

Per curiam. Affirmed on certificate.